## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RICARDO ALBERTO HERNANDEZ CASALLAS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-26-053-J** |
| | ) | |
| **DON JONES, Warden, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER TO SHOW CAUSE

On January 20, 2026, the Court granted Petitioner's counsel's motion to proceed pro hac vice and ordered Petitioner's counsel Abdullah Salah to file his entry of appearance not later than January 21, 2026. Doc. 9. Though (1) Mr. Salah has been ordered by the Court to do so, *id.*, and (2) the Court's Local Civil Rules require that he do so, LCvR83.4, Mr. Salah has not filed his entry of appearance. The Court cautions counsel that he is expected to comply with the Court's orders and all relevant rules, and the Court expects strict compliance in the future.

Mr. Salah is **ORDERED** either to comply with the Court's Order to file his entry of appearance in accordance with Local Civil Rule 83.4 or to show cause for his failure to comply not later than **January 29, 2026**.

**IT IS SO ORDERED** this 27th day of January, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE