**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

RICARDO ALBERTO HERNANDEZ )
CASALLAS, )
                   )
         Petitioner, )
                   )
v. )      Case No. CIV-26-53-J
                   )
DON JONES, Warden, et al., )
                   )
         Respondents. )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition.

Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or

otherwise release him.

IT IS SO ORDERED this 6th day of February, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE