UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICARDO ALBERTO HERNANDEZ CASALLAS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DON JONES, Warden, et al., )<br>)<br>Respondents. ) | Case No. CIV-26-53-J |

### **ORDER**

On February 6, 2026, the Court granted Petitioner's Petition and ordered Respondents to provide him with a prompt bond hearing under 8 U.S.C. § 1226(a) or otherwise release him. [Doc. No. 16]. Respondents were to certify compliance within seven business days of the Order's date, *see id.*, which fell on February 18, 2026.

At the close of business on February 18, 2026, Petitioner's attorney notified the Court that no bond hearing had occurred, [Doc. No. 18], and the Court notes that Respondents did not file a notice of compliance.

Respondents shall respond to Petitioner's Notice no later than 12:00 p.m. noon on Friday, February 20, 2026.

IT IS SO ORDERED this 19th day of February, 2026.



BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE