UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICARDO ALBERTO HERNANDEZ CASALLAS,        )<br>)<br>Petitioner,     )<br>)<br>v.     )<br>)<br>DON JONES, Warden, et al.,     )<br>)<br>Respondents.     ) | Case No. CIV-26-053-J |

## ORDER

Petitioner Ricardo Alberto Hernandez Casallas, a noncitizen and Venezuelan national proceeding with counsel, filed a Petition for Writ of Habeas Corpus ("Petition"), Doc. 1, challenging under 28 U.S.C. § 2241 his detention by U.S. Immigration and Customs Enforcement ("ICE"). United States District Judge Bernard M. Jones, II referred this matter to the undersigned Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1)(B)-(C). On January 29, 2026, the undersigned issued a Report and Recommendation recommending that the Court grant the Petition in part and order a bond hearing pursuant to 8 U.S.C. § 1226(a). Doc. 13. On February 6, 2026, Judge Jones adopted the undersigned's Report and Recommendation, granted the Petition, and ordered Respondents to provide Petitioner with a prompt bond hearing within seven business days. Doc. 16.

On March 5, 2026, Petitioner filed a Motion to Grant Release ("Motion") asking the Court to order Petitioner's release from ICE custody because the Immigration Judge violated Petitioner's substantive due process rights during the bond hearing. Doc. 21. On

March 6, 2026, Judge Jones re-referred the matter to the undersigned. Doc. 22.

Accordingly, Respondents shall respond to Petitioner's Motion not later than March 20, 2026. If Petitioner wishes to file a Reply, he may do so within seven days after the Response is filed.

**IT IS SO ORDERED** this 6th day of March, 2026.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE