**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RICARDO ALBERTO HERNANDEZ CASALLAS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-26-53-J |
| DON JONES, Warden, et al., | ) ) ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Ricardo Alberto Hernandez Casallas, a noncitizen from Venezuela, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1].  The matter was referred to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Stephens issued a Report and Recommendation recommending that the Court: (1) grant the Petition and (2) order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or otherwise release him.  [Doc. No. 13].  The Court adopted the recommendation and ordered Respondents to provide a bond hearing and to certify compliance.  [Doc. No. 16].  Respondents complied with both instructions.  [Doc. No. 20].

On March 5, 2026, Petitioner filed a Motion to Grant Release challenging Respondent's bond denial.  [Doc. No. 21].  The matter was re-referred to Judge Stephens who has issued a Supplemental Report and Recommendation recommending that the Court deny relief.  [Doc. No. 28].  No party objected by the April 24, 2026 deadline.

Accordingly, the Supplemental Report and Recommendation [Doc. No. 28] is ADOPTED

and Petitioner's Motion to Grant Release [Doc. No. 21] is DENIED.[1]

IT IS SO ORDERED this 5th day of May, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] The Court does not issue a certificate of appealability as one "is not required in order to appeal a final order in a proceeding under 28 U.S.C. § 2241" for a federal inmate. *Cano v. Holt*, No. CIV-25-01228-JD, 2026 WL 736461, at *14 (W.D. Okla. Mar. 16, 2026) (citation omitted; declining to enter a certificate of appealability in a § 2241 immigration case).